JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| News2share Inc.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Air Media, Inc.,<br><br>　　　　　Defendant. | Case No. 2:23−cv−04465−RGK−MAA<br><br>**[PROPOSED]** ORDER AND JUDGMENT ON MOTION FOR DEFAULT JUDGMENT<br><br>Date:  October 23, 2023<br>Time:  9:00 AM<br>Courtroom 850<br>　　255 East Temple Street<br>　　Los Angeles, CA 90012<br><br>Complaint Filed: June 7, 2023 |

　　　On October 23, 2023, at 9:00 AM, plaintiff News2share Inc. ("Plaintiff") moved this honorable Court for a default judgment against defendant Air Media, Inc. ("*Defendant*")

　　　Based on the pleadings, files, and records herein,

　　　**IT IS HEREBY ORDERED** that judgment shall be entered on Plaintiff's Complaint against Defendant in the total amount of $9,036. This calculation includes:

- Statutory damages in the amount of $7,500 for Plaintiff's claim of infringement pursuant to the Copyright Act, with respect to the Photograph identified in the Complaint; and
- Attorneys' Fees: $950.

**IT IS HEREBY FURTHER ORDERED** that pursuant to 17 U.S.C. § 502(a) Defendant is hereby enjoined from continuing to store and display Plaintiff's Photographs as are set forth in the Complaint.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff shall file any application to tax costs with the Clerk of Court pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54-2 within 14 days of the date of this Order.

IT IS SO ORDERED.

Dated: 10/16/2023

_____
HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE